ОАО91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF __MASSACHUSETTS__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>DIANNE WILKERSON<br>HOWLAND STREET<br>BOSTON, MASSACHUSETTS<br><br>(Name and Address of Defendant) | **CRIMINAL COMPLAINT**<br><br>Case Number: 08-1772-TSH |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __5/07-10/27/08__ (Date) in __SUFFOLK__ County, in the _____ District of __MASSACHUSETTS__ defendant(s) did,

(1) knowingly and willfully attempt to affect interstate commerce and the movement of articles and commodities in interstate commerce by extortion, in that defendant unlawfully obtained cash payments, which payments were not legally due to her or her office, and the consent of the payer having been induced under color of official right; and (2) knowingly devise and execute a scheme and artifice to defraud and deprive the citizens of Massachusetts and the Massachusetts Senate of their right to the fair and honest services of defendant, and for the purpose of executing that scheme and artifice, defendant did knowingly transmit and cause to be transmitted signs, signals and sounds by means of wire communication in interstate commerce

in violation of Title __18__ United States Code, Section(s) __1951, 1343, and 1346__.

I further state that I am a(n) __FBI SPECIAL AGENT__ and that this complaint is based on the following facts:
Official Title

SEE ATTACHED AFFIDAVIT OF SPECIAL AGENT KRISTA L. CORR

Continued on the attached sheet and made a part of this complaint:  ☒ Yes  ☐ No

_____
Signature of Complainant

KRISTA L. CORR
Printed Name of Complainant

Sworn to before me and signed in my presence,

__10/27/2008__                                        at      __BOSTON, MASS.__
Date                                                                     City                State

TIMOTHY S. HILLMAN        U.S. Magistrate Judge
Name of Judge                        Title of Judge