





Government
Exhibit
D







Government
Exhibit
G



Government
Exhibit
H̄

Government
Exhibit
1





Government
Exhibit
J



Government
Exhibit
K



Government
Exhibit
L