UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　　　v.<br><br>DIANNE WILKERSON,<br>　　Defendant. | )<br>)<br>) CRIMINAL NO. 08-10345-DPW<br>)<br>)<br>)<br>) |

**NOTICE OF RULE 11 HEARING**

WOODLOCK, J.

　　Take notice that the above-entitled case has been scheduled for a Rule 11 hearing at **2:00 on June 3, 2010**, in **Courtroom 1, on the 3rd Floor of the John Joseph Moakley United States Courthouse in Boston**, before the Honorable Douglas P. Woodlock.

　　The parties are advised that the Court will not accept a plea agreement that requires the defendant to waive his/her appeal rights without a reliable demonstration after full hearing that the waiver is knowing and voluntary.  The Court deems it the responsibility of the United States Attorney to advise the defendant whether there is a statutory requirement that the defendant be placed in the custody of the United States Marshal immediately following the Court's entry of a guilty plea. It is ORDERED that **a copy of the written plea agreement, together with notice whether detention may follow acceptance of the plea**, shall be submitted to the Courtroom Deputy Clerk **by no later than 5:00 p.m. the day before the scheduled Rule 11 hearing**.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT,

　　　　　　　　　　　　　　　　　　　　　　/s/ Jarrett Lovett
　DATE: 6/2/10　　　　　　　　　　　　　　Deputy Clerk